UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-cv-14291-GRAHAM/LYNCH

MONIQUE L. WILLIAMS, an individual,

    Plaintiff,

vs.

DELRAY AUTO MALL, INC., a Florida corporation,
FGAP INVESTMENT CORP., a Florida corporation,
and FRANZ MENARDY, an individual,

    Defendants.
_____/

**MEMORANDUM IN RESPONSE TO MOTION TO DISMISS**

Plaintiff, Monique L. Williams, an individual ("Ms. Williams"), by and through her undersigned attorney, pursuant to the Local Rules of the United States District Court, Southern District of Florida, files this her Memorandum in Response to the Motion to Dismiss and Memorandum of Law ("Motion to Dismiss") filed herein by Defendants, Delray Auto Mall, Inc., a Florida corporation ("Delray Auto Mall"), FGAP Investment Corp., a Florida corporation ("FGAP Investment"), and Franz Menardy, an individual ("Mr. Menardy")[DE 7]:

1.    Contemporaneous with the with the filing of the instant memorandum, Ms. Williams has filed an Amended Complaint for Damages and Incidental Relief.

2.    Pursuant to Rule 15, Federal Rules of Civil Procedure, motions to dismiss or for summary judgment are not considered to be responsive pleadings. Thus, a plaintiff may amend a complaint as of right prior to dismissal without requesting or receiving leave of court. Brever v. Rockwell International Corp., 40 F.3d 1119 (D.C. Colo. 1994); Anderson v. USAA Casualty

Insurance Company, 2003 WL 22511624 (D.D.C. 2003); McKinney v. Irving Independent School District, 309 F.3d 308 (5th Cir.2002).

3. As a result of the filing of the Amended Complaint, the Motion to Dismiss of Defendants is moot.

WHEREFORE, Plaintiff, Monique L. Williams, individually, respectfully requests this Court deny the Motion to Dismiss on account of mootness in accordance with the above argument.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No.: 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
Email: rphyu@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Kevin H. Fabrikant, Esquire, Foreman Friedman, P.A., One Biscayne Tower, Suite 2300, 2 South Biscayne Boulevard, Miami, FL 33131, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy